1  Leon F. Mead II, Esq.
   Nevada Bar No. 5719
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   *lmead@swlaw.com*
5
   Stuart J. Einbinder
6  California Bar No. 155758
   SNELL & WILMER L.L.P.
7  600 Anton Blvd, Suite 1400
   Irvine, CA 92626
8  Telephone: (714) 427-7000
   Facsimile: (714) 427-7799
9  seinbinder@swlaw.com

10 *Attorneys for David Jenkins and*
   *Advanced Communications Resources, Inc.*

11

12              UNITED STATES DISTRICT COURT

13                  DISTRICT OF NEVADA

14

15 DAVID JENKINS, an individual; and      CASE NO. 2:10-cv-01179-PMP-LRL
   ADVANCED COMMUNICATIONS
16 RESOURCES, INC., a Nevada             [Consolidated with Case No. 2:10-cv-01504-
   Corporation,                          PMP-RJ]
17
                  Plaintiffs,
18                                        **STIPULATION OF DISMISSAL OF
   vs.                                    ENTIRE ACTION WITH PREJUDICE**
19
                                          **(F.R.C.P Rule 41)**
20 FEDERAL DEPOSIT INSURANCE
   CORPORATION
21
                  Defendant.
22

23

24

25

26

27

28

                              STIPULATION OF DISMISSAL OF
                              ENTIRE ACTION WITH PREJUDICE

1   David Jenkins ("Jenkins"), Advanced Communications Resources, Inc. ("ACR") and the

2   Federal Deposition Insurance Corporation ("FDIC"), by and through their counsel, hereby

3   stipulate and agree that this entire consolidated action (including both the Complaint filed by

4   Jenkins and ACR and the Complaint filed by the FDIC) be dismissed with prejudice.

5

6   Dated: ~~December~~ January 19, 2010                SNELL & WILMER L.L.P.

7

8                                                By: _____

9                                                   Stuart J. Einbinder, Esq.
                                                    *Attorneys for David Jenkins and Advanced*
10                                                  *Communications Resources, Inc.*

11   Dated: December 6, 2010

12

13

14                                               By: _____

15                                                  Camilla Nichols Andrews
                                                    Thomas Holzman
                                                    *Attorneys for Federal Deposit Insurance*
16                                                  *Corporation*

17

18

19                                               IT IS SO ORDERED:

20

21                                               _____
                                                 UNITED STATES DISTRICT JUDGE
22
                                                 DATED: ─ January 20, 2011. ──
23

24

25

26
   12339030.1
27

28

STIPULATION OF DISMISSAL OF
                                                 ENTIRE ACTION WITH PREJUDICE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200